Clerk
United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, Texas 79604

Tujuan Estaisyo Session #01714978
T.D.C.J Hughes Unit
RT. 2 Box 4400
Gatesville, Texas 76597

Case Number. 1:20-CV-00048-H

United States District Judge Honorable James Wesley Hendrix,
On September 22, 2020. T.D.C.J employee by the name of Mr. Ware. he is a C.O.4. He intentionally left a cell door's un-secured. I was told those dude's was paid to come out their cells. And beat me with fan motors, and stab me with their shanks. I must be completely honest with you Honorable James Wesley Hendrix. I was high, I took 10-100 millergram Zolofts. I was aware of the danger I was in. It's 2 light's equipped on the Picket. Green light mean all cell door's are secured. Red light mean it's a cell door that's not secured. September 22, 2020, 12 building, I stayed in 14 cell on C Pod. I get up around 7 A.M. to brush my teeth, wash my face. I was getting ready to pump in one thousand pushups. I go to the door. I begin streching. I look up at the Picket. The light was red. I called Ware to my cell. I asked officer Ware, what kind of game's is he playing? Officer Ware asked me, what was I talking about? I asked officer Ware why is that light on the Picket red? He do tell, me his bad. I responded back by saying to officer Ware, you right, You're bad. I requested to speak with a sergeant. So I can report the failure of officer Ware intentionally violating the rules and procedures that's required by all Texas Department of Criminal Justice officials. Officer Ware go down stair's and close I believe C Pod 6 cell and C Pod 7 cell. Those inmate's tell me. They going to kill me. I asked those inmate's, what did I do to them? Those inmate's refused to answer my question. So I told those inmate's. Why are Yall trying to sneak me when I come out my cell in handcuffs? I asked those inmates, if I can get a fair fight? I warned these inmates, im a monster, im a beast when fighting for my life. Those inmate's tell me, NO! I will not get a fair fight. They told me I better get a handcuff key, so I can let myself out the restraints when they attack me. Officer Ware refused to call me a sergeant. I just went to go sit on my bunk. im trying to figure out what's going on. No one will tell me anything. On September 23, 2020. on 12 building, C Pod, 1 Section, Everybody was talking about they was hired to kill me. im telling them. that's not true. The officials that was working 12 building, C Pod. They told me, when they go and work the Picket. That they going to roll all the cell doors. And allow all the inmates on 1 Section ambush me with their shank's and their fan motors. When T.D.C.J employee Arthur C.O.4 went inside the Picket. The officials, kept trying to roll my door. I kept closing my door. I was so scared. because it's the correctional officer, sergeants, Lieutenant's, inmates. against me. When the floor officer begin passing out trays. I told the officer get that tray out of my face my life in danger. And I have no idea what's going on. The officer asked me if I would let him close my food tray slot? I told the officer. to call the sergeant. And that I will let the sergeant close my food tray slot. This officer Tell me The sergeant already know about my situation. I tell the officer that's impossible. How could the sergeant already know about my situation. if I haven't reported anything yet?

1 Page

Sergeant Hartley and officer Ware. Came to my Cell 9-23-20, 12 C 14. Sergeant Hartley asked me, what's up? Sergeant Hartley interviewed me about officer ware left C6 Cell and C7 Cell opened intentionally. for them 2 inmate's to Murder me. Sergeant Hartley asked me how I know them 2 inmate's want to murder me? I respond to Sergeant Hartley, Because they told me. I also informed Sergeant Hartley that officer Authur told me when he go in the Picket. That he going to roll all the cell doors. and allow all the inmate's to ambush me with Shanks and fan Motors. Sergeant Hartley told me. I should have thought about that before I did what I did on Robertson unit. I asked Sergeant Hartley, what I do on Robertson unit? Sergeant Hartley tell me, I know what I did on Robertson unit. She walked off as soon as I asked her to Please re-assign me to a different Pod. Because my life in danger here on C-Pod. She tell me, There will Be no Catching out. She said she going to every Pod to tell all the inmates im a Snitch, A sex offender, That I have aids. and that Im locked up for giving babies aids. I was so high on them Ten, one hundred, Millergram, zolofts. I couldn't believe what I was hearing. I was so scared. May 18, 2010 I was ambushed by Rivia Gang members. They caught me off guard by shooting the drug spot up while I was inside. I wasn't that scared. on June 15, 2010. I was running from the Dallas Police with a SKS Assault Rifle in my hand. officer Pacheco shot at me while my back was to him. Again, I wasn't that scared. I barely came up on the fan I had. I didn't want to destroy my fan. But I had to. I slammed my fan on the ground. I took the fan motor and put it inside a sock. I was attending to use it only for Protection. Sergeant Hartley told me, She will never help a nigger who snitched. This woman told me that.

Sergeant Mosely Came to talk to me. He cuffed me up. After handing over my fan Motor. I was transPorted to a one man Cage next to Medical. 2 Nurses walked passed me telling me I was dead. Correctional officer Ms. Elders told some inmates. Yall take his whole head off. I had to Pee. The officer who was watching me told me to Pee on the floor. that if my Pee was going to come out while getting murdered. So I Pulled out and Pee'd on the floor. This happened 9-23-2020 in the Cage next to the Medical Office. After dinner. I didn't eat that day. Because this inmate brought my food to me. He said he Pee'd in it. This Counsler Came to the Cage to talk to me. This nurse walked up to the Counsler and told him. To get away from me. They said their going to kill him. The Counsler did what the nurse said, he get away from me. I was taken to B-Pod, 44 Cell, 12 building. As soon as I stepped a foot inside B-Pod. inmate's was already yelling at me. Saying they're going to kill me. I go inside 44 Cell. As soon as the guard's leave. I hear inmate's telling one another. That's it's a Price on my head. and that they was going to kill me because they needed the money. im hearing these white boy's say they got aids. That they was going to cut themselves. and smear their blood on the tip of a spear. They said they was going to spear me when I walk Pass their cells. to go shower. I seen officer Haslach doing his rounds. I stood on my toilet to fake a Suicide attempt. I tied the fan cord on the light. I threw a loop around my shoulders. officer Haslach called in a I.C.S. That's what I needed. Get me up out of here. I stated. whiteboys talking about infecting me with their viruses. Mexicans talking about beating me with fan meter's and stabbing me with shanks Because they need the money. None of these inmate's knew me. But as soon as I step a foot inside the section. They was threatened to kill me. only the Mexican's and the whites The Black's was talking about beating me up.

2 Page

I stayed in the Cage over night. I was high on depression Pills. I was scared. I had no Idea why everybody wanted me dead. officers that didn't know me. Never talked to me before. Walking by the Cage. telling me im dead. The next morning. My depression high was slowly leaving. Me been scared turned to anger. I got ran off of 3 Pod's in 1 day. C Pod, B Pod, E Pod. I never run from my Problems. But when it's everybody. Saying The same thing. They going to beat me with their fan Motors. They going to Stabbed and Rape me. They're sick with aids. and that they are going to Cut themselves. and smear their Blood on the tip of a Spear and Spearing me as soon as I walk Passed their cells. going to The shower. on september 24, 2020. I told Sergeant Lark. im no Longer felling Suicidal. Let me go deal with the inmates on B Pod. let them test my gangsta Status first. Sergeant Lark said okay. He hand Cuffed me. he tried to walk me off. I told Sergeant Lark. let me grab my Property. Sergeant Lark lied to me. He told me he going to take me to 12 B 44 Cell. then he going to come back and grab my Property. then bring it to me. Sergeant Lark Put me inside 12 B 44 Cell. He then left. 2 Minute's later. Officer Smith Came with a Chair. he sat right in front of my Cell. I asked Smith. what's up? He's not supposed to be watching me. Because I informed Sergeant Lark. I was no Longer feeling Suicidal. Im hearing inmate's door's open and Close. Im also hearing inmate's talking about running up on me, to Murder me. I Yelled out the door. look Yall. im no Longer High. And im no Longer scared. The first 2 inmates come through this Cell door. im knocking out with No Problem. All I hear is. they Get a fan Motor, they got a Shank. I responded by saying. None of you dudes are trained to use a fan motor or shank. I told them a mexican hit me in my head with a fan Motor, while I was asleep. that I was able to slam this mexican and take his fan motor and Punished him with his own weapon. I told them. they only got 1 swing. im going to do what I been doing. Beating dudes down whenever they bring unnecessary drama my way. I told them im done running. Honorable James Wesley Hendrix. Lieutenant Hadley R. Herring and Sergeant Fredrick D. Harris was Communicating with me through the Sergeant the officer walkietalkie. Lieutenant Herring and Sergeant Harris. was racist. telling me You are dying tonight nigger. They both asked me. Are You ready to die nigger? Lieutenant Herring told me Robertson unit Paid for my death. As soon as Lieutenant Herring said that. I told Lieutenant Herring. Please tell them. I will drop my 1983 Civil Suit against them. To just leave me alone. I dont Want any Problems. Lieutenant Herring told me that's not an option. That my death is already Paid for. And that im getting Murdered Tonight. one of these officials took my Property to the Bloods. on 5 section. I assumed it was Sergeant Lark who took my Property to the Bloods. Because he said. earlier that day, when I was leaving the Cage. that he was going to take me to B 44. And that he was going to comeback and Pick my Property up. and bring it to me. Sergeant Lark Never brought me my Property. I find out Later. I was in a homicidal Suicidal Cell. That I had to See a Psychiatrist first. Sergeant Lark, Sergeant Harris, Lieutenant Herring. These 3 People are responsible for giving the Bloods on B Pod 5 section my Property. These dudes were reading my legal mail out Loud. where everybody can hear. I had to explain to the Bloods what my letter's meant. the letter's I received

3 Page

from You honorable James Wesley Hendrix. I also had to explain to the Bloods what these letters meant I received from Honorable John H. Parker. That's ~~fuck~~ messed up Your Honor. The Bloods Talking about killing me. They claimed im a snitch. Like I told the Bloods. im not a snitch. Whenever my first amendment or my 8th amendment are violated. im suing. as broke as I am. I dare these officer's violate my Constitutional rights. Then I hear Bloods saying Lieutenant Herring, Sergeant Harris, officer Dulski, officer Ware, Sergeant Hartley. Were going to every Pod. telling inmates im a snitch, A sex offender, that I have aids. That im locked up for giving babies aids. That's a lie. Lieutenant Herring asked me why I can't have kids under 17 Years of age on my visitation list? So I said out loud. to the Bloods. this woman just asked me on this officer walkie talkie. why I can't have kids under 17 years of age on my visitation list. I said because a while back I spanked this 5 year old little girl for been nasty with my 2 year old nephew. and I caught a endangerment of a child for selling crack and babysitting an infant. Sergeant Harris said on the walkie talkie. Well you dying anyway nigger. Honorable James Wesley Hendrix if you are able to subpoena video Here on Hughe's unit, September 24 2020, 12 building, B-Pod, 44 Cell. You will see these Mexican's Surrounded me while I was in my cell. These Mexican's threatened to Rape me, Beat me with fan Motors, Stab me with their shanks. These Mexican's stay on a different Pod. These Mexican's stay on C Pod 1 Section. These Mexican's name's and locations Flacco C Pod 4 cell, Monsta C Pod 8 cell, Laredo C Pod 12 cell, Danny Boy C Pod 38 cell. I also believe C Pod 13 cell and C Pod 6 cell was let out their cell's to surround me As well. These official's caused me imminent Bodily injury and emotional distress. When these Mexican's surrounded me. they told me they was hired to kill me. I told them Mexican's it want be easy killing. that I was taking 2 of them with me I believe Assistant Warden J. Lopez and Assistant Warden Cano. the one's who paid to have me Killed. as soon as shift change. around 7:30 P.M. Lieutenant Herring told me. You dying tonight nigger. Sergeant Harris said Yeah. You getting murdered tonight nigger. They was telling me this on the officer walkie talkie who were stationed in front of my cell. I heard Lieutenant Herring say Put the Volume on 45. I told that officer. Don't touch that Volume to his walkie talkie I told the officer he see what's going on. Leave the Volume to the walkie talkie alone. He showed me his walkie talkie. He said see. The Volume is still up. Please review video Here on Hughe unit September 24, 2020, 12 building, B Pod, 44 cell. 8 A.m through 9 P.m. You will witness the retaliation that's Being used against me. my life is in danger. Your Honor something needs to be done immediately. Don't worry about the inmates. I will deal with them whenever I see them and im not in handcuffs. it's these guards I fear. only because I can't fight them like I can fight the inmates. I asked Lieutenant Herring and Sergeant Harris. Can I go to sleep? that I been up 3 days, scared to go to sleep. fearing I will be raped and murdered while im asleep. I was hungry. they was bringing me a brown sack with trash and prunes inside. they substitued my food for the trash and prunes.

Im hearing on the Walkie Talkie What doors Lieutenant Herring and Sergeant Harris Telling the OPen Picket officer what cell doors to roll. At this time Your Honor. it was getting dark. I had no energy. my body was cramping so bad. I was so weak. Lieutenant Herring Said You getting Murdered tonight nigger. Sergeant Harris Said Yeah. You dying tonight nigger. Sergeant Harris and Lieutenant Herring exposed their hands on a accident. Because I said. excuse me Lieutenant. The Lady said yeah. I said im not Talking to you. im talking to the Male. She said im Lieutenant Herring and he Sergeant Harris. I said. Oh Yeah? Well Yall better do what Yall said Yall going to do. and kill me. Because if Yall dont. im Suing Yall. Lieutenant Herring tell me. You about to die right now nigger. They was killing me with that "N" Word. Lieutenant Herring and Sergeant Harris knew they was upsetting me kept calling me a nigger. and this officer who was stationed in front of my cell. he heard everything. and showed No emotion's what so ever.

Officer Robert D. Armour walked up to my cell. he said that he was here to rape me. I told Officer Robert D. Armour. No! You are not raping me. I told officer Robert D. Armour. Im about to kill myself. I grabbed a sheet. I tied it on the door. Robert D. Armour Just Standing there watching me. I tied a noose around my neck. I took a knee. While I was hanging myself. Officer Robert D. Armour told me. Yeah! That's right kill Yourself nigger. he stood there and watched me hang myself. More than a minute. All I hear is Roll 44 cell. And he sprayed me with 2 or 3 can's of tear gas. The cell door opened. I tried getting up off the ground. I tried taking the noose from around my neck. But I couldn't because officer Robert D. Armour reached inside the cell. he grabbed me by my neck and choked me. He choked me out really bad. He held me down on the ground while choking me out by the noose that I placed around my neck. I was Suffering, I was Struggling to breathe. breathe. I some how almost made it out the cell. So this assault will be caught on video. I did managed to make it half way out the cell. Before I was drilled backwards by officer Shane S. Dulski, Charlse Ware, Robert D. Armour. I was put flat on my back. Officer Shane S. Dulski and officer Charlse Ware entered my cell. They said they been wanting to Rape me. Dulski and Ware flipped me over on my stomach. they pulled my underwear down a little bit. They took turn's humping me from the back. While Robert D. Armour continued choking me out. I felt officer Dulski and officer Ware grinding Their penis on my buttocks. I played dead by staying still, eye's closed. I hear Lieutenant Herring and Sergeant Harris say kill him, kill him on the walkie talkie. Robert D. Armour Told Charlse Ware to Roll me on my side. So I can breathe and wont die. I was already on my stomach been Sexually assaulted by Dulski and Ware. Robert D. Armour told Charlse Ware to help him hold my head up. and he told Dulski To cut me on my chin. I opened my eye's I said please dont cut me. Ware, Dulski, Armour held me down Yelling Stop resisting. They held my head up. and Dulski cut a hole in my chin. first he cut the left side of my chin then he cut the right side of my chin. it left a hole in my chin. And then Dulski told me You got that Shit now nigger. I assumed he got his Razorblade from someone who have a deadly virus. And I believe im now infected.

Lieutenant Kendall Caldwell told me to say I get hurt in a use of force. Lieutenant Caldwell told me if I don't say I get hurt in a use of force that he was going to have his officer's knock out my teeth. I asked Lieutenant Caldwell Can I Please Keep my teeth? Lieutenant Caldwell told me I know what I got to do. he then Put a video camera on me. I believe I said I wasn't hurt. but I was hurt. and im still hurt. Please honorable James Wesley Hendrix SubPoena Video on Hughs unit, September 24, 2020, 12 building, B-Pod, 44 cell. 8 A.m through 9 P.m.

As soon as Lieutenant Hadley Herring and Sergeant Frederick Harris asked me, was I ready to die nigger? Officer Robert D. Armour. Came from somewhere. He walked straight up to my cell and told me he was here to rape me. Lieutenant Herring and Sergeant Harris Sent Robert D. Armour, Charlse Ware and Shane Dulski to murder me. When video is reviewed. The officer who were stationed in front of my cell. He never Pulled out his walkie talkie and called for back up. like Lieutenant Herring said. Robertson unit Paid for my death. I talked to this mental Health Staff. I told him to Send me to SkyView Mental health facility, so I can Report the sexual abuse, assault's and Threats. That night I was sent to Sky View mental health facility. I reported everything there. I showered, I ate. I slept for 2 days. When I was well rested. I asked the treatment team To send me back to Hughe's unit. I Went to Huntsville unit over night. I reported the assaults, Threat's and Sexual abuse there on Huntsville. When I returned back on Hughe's unit. I Seen the same mental health staff who sent me to Sky view unit. He told me, Huntsville unit called up here to Hughe's unit. and informed them on everything I reported There on Huntsville unit. This Sergeant walked up on me and said he going to tell the inmates and the officials to leave me alone. I told the Sergeant don't do that. im suing every Guard individually and his or her official capacity. only the Guards that was involved. Such as, Charlse Ware C.O.4, Shane Dulski C.O.4, Robert D. Armour C.O.5, Jennifer Elder C.O.5, Leonardo A. Valenzuela C.O.4, Sergeant Brittany Hartley, Sergeant Frederick Harris. Sergeant Jamal D. Lark Lieutenant Lieutenant Hadley Herring, Lieutenant Kendall Caldwell. Nurse Dawn Steward.

All these officials was involved. on me getting murdered. They all have knowledge. Lieutenant Kendall Caldwell threatened me by saying if I don't say I get injured in a use of force. That he was going to have his officer's knock out my teeth. I lied on his video camera by saying I wasn't hurt. I also lied to the doctor by saying the sheet is what Put a hole in my chin. I only lied because I was scared. I ended up going back to the doctor and telling the truth. I been in Prison over 10 years and 4 months. I never been in a use of force. I wasn't supposed to be in that one. like Lieutenant Herring told me Robertson unit Paid for my death. also You've never Lieutenant Hadley Herring Quit her Lieutenant Job up here. I also reported this incident to Magistrate Judge Honorable John R. Parker. I want to know. Can I file a 1983 Civil suit In The United States District Court, For The Western District of Texas, Waco Division? While having an active 1983 Civil suit in Your Court Honorable James Wesley Hendrix? I was approved an Emergency Grievance.

Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, and, as to these, I believe them to be true. I Tujuan Estaisyo Session 1714978 Certify under Penalty of Perjury that the foregoing is true and correct.

Executed at Alfred D. Hughes unit October 12, 2020

Tujuan Estaisyo Session 01714978
Tujuan Estaisyo Session 01714978

Mr. Tidwan Estaiste Sessiont # 01714978
T.D.C.J Hughes unit
Rt. 2 Box 4400
Gatesville, Texas 76597

AUSTIN TX
RIO GRANDE DIST
15 OCT 2020 PM

Clerk
United States District Court
Northern District State of Texas
P.O. Box 1218
Abilene, Texas 79604

RECEIVED
OCT 19 2020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79604-121818